# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| David Clarence Ward, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:13cv214/1:02cr63-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come from the court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/13/13 Order.

August 13, 2013

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court